**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Philip James Layfield,

Petitioner,

v.

Mark Guttierez, et al.,

Respondents.

No. CV-25-00680-TUC-AMM

**ORDER**

On August 31, 2026, Magistrate Judge James E. Marner issued a Report and Recommendation ("R&R") recommending this Court deny Petitioner Philip James Layfield's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 53.) Judge Marner notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 23.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed Judge Marner's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 53.)

**IT IS FURTHER ORDERED** that Petitioner's Petition is **DENIED** (Doc. 1) and this matter is **DISMISSED**. The Clerk of Court shall enter judgment accordingly, term any pending motions, and close this case.

Dated this 16th day of September, 2026.

Honorable Angela M. Martinez
United States District Judge